FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

2005 AUG 16  A 8: 38

**Name** _Stanley Lee Caudill_

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

**Prison Number** _230597_

**Place of Confinement** _P.O. Box 5107_
_Union Springs, AL, 36089   B.CCF._

United States District Court ___Middle___ District of ___Alabama___

Case No. _1:05CV 785-F_
(To be supplied by Clerk of U. S. District Court)

_Stanley Lee Caudill_ , PETITIONER

(Full name) (Include name under which you were convicted)

_Arnold Holt Warden_ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ___Alabama___

_Troy King_ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be
served in the _future_, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the _future_
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

. (1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-1/2 x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper. All
pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper ,
otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies* must be mailed to the Clerk of the United States District Court whose address is
        P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

  *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.        PETITION

1. Name and location of court which entered the judgment of conviction under attack ____Houston County____

2. Date of judgment of conviction ____1-10-03____

3. Length of sentence ____2-10 years____  Sentencing Judge ____Anderson____

4. Nature of offense or offenses for which you were convicted: _____
____2 counts of Sexual Abuse First Degree____
_____

5. What was your plea? (check one)
   (a) Not guilty  (✓)
   (b) Guilty      (  )
   (c) Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
_____
_____

6. Kind of trial:  (Check one)
   (a) Jury  (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No (✓)

8. Did you appeal from the judgment of conviction? Yes (✓)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court  Court Of Criminal Appeals
   (b) Result  Affirmed Judgment
   (c) Date of result  8-22-03
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details:_____
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court  Houston County Circuit Court
       (2) Nature of proceeding  Post Conviction    Rule 32

       (3) Grounds raised  Ineffective Counsel :
           Failed to strike 2 bias Jurors. No trial strategy Strategy,
           Failed to subpnee Caudill's witness
           Failed to subpnee Caudill's medical records of impotentcy.

       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes (✓) No ( )
       (5) Result  Denied
       (6) Date of result  9-27-04
    (b) As to any second petition, application or motion give the same infor-
        mation:
       (1) Name of court_____
       (2) Nature of proceeding_____

       (3) Grounds raised_____
           _____
           _____
           _____
           _____

       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes ( ) No ( )
       (5) Result_____
       (6) Date of result_____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of Court _____

    (2) Nature of proceeding _____

    (3) Grounds raised_____

    _____

    _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )

    (5) Result_____

    (6) Date of result_____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

    (1) First petition, etc.         Yes (✓) No ( )

    (2) Second petition, etc.      Yes ( ) No ( )

    (3) Third petition, etc.       Yes ( ) No ( )

(e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

12.  State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Conviction obtained by action of a petit juror which was unconstitationally selected and impaneled.

Supporting FACTS (tell your story briefly without citing cases or law): Juror # 1 became the former of the jury stated that if a man did not testifie he was hiding something. Juror #2 said she could not give an impacial verdict because of a family member was raped.

_____

_____

_____

_____

_____

_____

_____

_____

B. Ground two: Denial of effective assistance of counsel.

Supporting FACTS (tell your story briefly without citing cases or law): Failed to strike 2 bias jurors ; No trial Stratagy ; Failed to subpoena Cardill's witnesses ; Failed to subpoena Cardill's medical records of importance

_____

_____

_____

_____

_____

_____

C.  Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or
law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D.  Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of
law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-
sented in any other court, state or federal state briefly what grounds were
not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court, either state
or federal, as to the judgment under attack?  Yes ( )  No ( )

15.  Give the name and address, if known, of each attorney who represented you in
the following stages of the judgment attacked herein:
(a) At preliminary hearing _Jack Blumenfeld_____

(b) At arraignment and plea _Jack Blumenfeld_____

(c) At trial _Jack Blumenfeld_

(d) At sentencing _Jack Blumenfeld_

(e) On appeal _Shaun McGhee_

(f) In any post-conviction proceeding _Christopher Capps_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _Christopher Capps_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes (✓) No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( ) No (✓)
(a) If so, give name and location of court which imposed sentence to be served in the future:_____
(b) And give date and length of sentence to be served in the future:_____
(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( ) No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _8-12-05_.
(date)

_____
Signature of Petitioner