IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

_Stanley L. Caudill_
Plaintiff(s)

vs.     CA: 1:05cv785-F

_Arnold Holt, Warden_
Defendant(s)

I, _Stanley L. Caudill_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.
I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( ) NO (✓)

   B. Rent payments, interest or dividends? YES ( ) NO (✓)

   C. Pensions, annuities or life insurance payments? YES ( ) NO (✓)

   D. Gifts or inheritances? YES ( ) NO (✓)

   E. Any other sources? YES (✓) NO ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   _Family Members_
   _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES (✓)   NO ( )

   If the answer is YES, state the total value of the items owned.
   Prison Account $35

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (✓)

   If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

_____
Signature of Affiant

STATE OF ALABAMA         )
COUNTY OF_____)

Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

_____
Notary Public

_____ County, Alabama

O R

Case Number

RECEIVED

2005 AUG 16 A 8:38

ID  YR  NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

U.S. District Court
_____(Insert appropriate court)_____

Stanley Lee Caudill 232597
(Petitioner)

Habaes Corpus

vs.

Arnold Holt
(Respondent(s))

CA: 1:05CV785-F

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Stanley Lee Caudill__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  Yes ____  No ✓

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
    
    12-3-02  Disability - 617.00

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
    Yes ____  No ✓

    b. Rent payments, interest, or dividends?
    Yes ____  No ✓

    c. Pensions, annuities, or life insurance payments?
    Yes ____  No ✓

    d. Gifts or inheritances?
    Yes ____  No ✓

    e. Any other sources?
    Yes ✓  No ____

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

Family members

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No ✔

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No ✔

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on   8-4-05
                (Date)

_____
Signature of Petitioner    230997
                           230591

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 35.36 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said   BULLOCK COUNTY CORR. FACILITY   institution:

8/4/05
DATE

_____
(Patsy Faulkner)
AUTHORIZED OFFICER OF INSTITUTION
BULLOCK COUNTY CORR. FACILITY

```
                          STATE OF ALABAMA
                       DEPARTMENT OF CORRECTIONS
                      BULLOCK CORRECTIONAL FACILITY

AIS #: 230597     NAME: CAUDILL, STANLEY 11/04          AS OF: 08/04/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 27 | $19.98 | $0.00 |
| SEP | 30 | $17.42 | $200.00 |
| OCT | 31 | $125.25 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $31.11 | $106.68 |
| FEB | 28 | $19.07 | $0.00 |
| MAR | 31 | $166.10 | $300.00 |
| APR | 30 | $71.41 | $0.00 |
| MAY | 31 | $6.52 | $0.00 |
| JUN | 30 | $150.62 | $250.00 |
| JUL | 31 | $64.02 | $0.00 |
| AUG | 4 | $40.29 | $0.00 |


RECEIVED 2005 AUG 16 A 8:38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA