IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL,<br>AIS #230597,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN ARNOLD HOLT,<br>and the ALABAMA ATTORNEY<br>GENERAL,<br><br>    Respondents. | CIVIL ACTION NO.<br>1:05-CV-785-F |

**MOTION FOR ADDITIONAL TIME TO
RESPOND TO THE ORDER TO SHOW CAUSE**

Come now the Respondents in the above-styled cause, and move the Court for an additional twenty (20) days in which to respond to the Order issued by this Honorable Court on August 18, 2005, and as grounds for same assign the following:

1. Respondents are presently investigating the allegations of the petition.

2. Said investigation is taking longer than anticipated, in that, it appears Petitioner was convicted in the Houston County Circuit Court by a jury in 2003 of two counts of sexual abuse in the first degree. He was sentenced to consecutive ten-year terms in the state penitentiary; Caudill appealed the convictions and

sentences to the Alabama Court of Criminal Appeals; the convictions were affirmed by memorandum; Caudill has filed at least one post-conviction petition in the state court, and the denial of that petition was affirmed by the Alabama Court of Criminal Appeals on February 18, 2005. The certificate of judgment of affirmance was issued on July 26, 2005.

3. It is unclear at this time as to whether the petition could be barred by the one-year period of limitation of 28 U.S.C. §2244(d).

4. The additional time is needed to locate and retrieve all the records of the state court proceedings, some of which have been archived, so that a full and adequate response can be made.

5. The additional time will not prejudice the rights of the Petitioner.

WHEREFORE, THE PREMISES CONSIDERED, the Respondents pray for an additional twenty (20) days to respond to the Order of this Honorable Court.

    Respectfully submitted,

    Troy King – KIN047
    *Attorney General*


    s/J. Thomas Leverette
    J. Thomas Leverette (LEV007)
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>7th</u> day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Stanley Lee Caudill, AIS #230597, Bullock County Correctional Facility, P. O. Box 5107, Union Springs, Alabama 36089</u>.

                                        s/J. Thomas Leverette
                                        J. Thomas Leverette (LEV007)
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL  36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: TLeverette@ago.state.al.us

219027/83723-001