# COURT OF CRIMINAL APPEALS
### STATE OF ALABAMA
### JUDICIAL BUILDING, 300 DEXTER AVENUE
### P.O. BOX 301555
### MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

Hon. Judy Byrd, Circuit Clerk
Hon. J. Thomas Leverette, Asst. Atty. Gen.
Hon. Billy Shaun McGhee, Attorney

RE: CR-02-0755
Stanley Caudill v. State of Alabama (Appeal from Houston Circuit Court: CC02-1141; 02-1142).

Dear Sir or Madam:

You are hereby notified that on September 19th, 2003 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for rehearing overruled.

Lane W. Mann
Clerk
Court of Criminal Appeals

LWM/ lk

NOTE: If you are filing a petition for certiorari with the Alabama Supreme Court, Rule 39(e), Alabama Rules of Appellate Procedure, states that a copy of the petition shall be filed with this Court. Please be advised that your failure to comply with this requirement could result in the issuance of a premature Certificate of Judgment.

EXHIBIT F