IN THE ALABAMA SUPREME COURT

STANLEY LEE CAUDILL,
     APPELLANT,

V.

Ala. Crim. App. No.

CASE NO. CR-02-0755

STATE OF ALABAMA,
     APPELLEE,

## MOTION FOR EXTENTION OF TIME

Comes now the Appellant, Stanley Lee Caudill, Pro-Se, in the above styled cause and ask this Honorable Court for an extention of time to file his writ of certiorari according to <u>Alabama Rules of Appellate Procedure</u>, Rule 2(B), and to support the Appellant's cause states the following:

1. Appellant's counsel has withdrawn from the case following counsel's filing a Rule 39(K) Motion for Rehearing on behalf of Appellant.

2. Appellant needs an extended frame of time to receive his transcript from his former Appellate Counsel and to prepare his Writ of Certiorari.

WHEREFORE, from the above stated premis Appellant prays that this Honorable Court will grant a period of 21 days in which to obtain his transcript from his Appellate Counsel and prefect his Certiorari Brief. Appellant cites the Appellate Procedural Rule 2(B) and prays that this Honorable Court in the interest of justice will grant this request for an extension of time.

EXHIBIT G

Respectfully Submitted

Stanley Lee Caudill, #230597
P.O. Box 5107
Union Springs, Al 36089

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Extension of time has been served upon the following: The Clerk of the Court for the Supreme Court of Alabama, 300 Dexter Ave., Montgomery, Al 36130, the Clerk of the Criminal Court of Appeals, 300 Dexter Ave., Montgomery, Al 36130, The Attorney General for the State of Alabama, 11 South Union Street, Montgomery, Al 36130, The District Attorney for Houston County, Douglas A. Valeska, P.O. Box 1632, Dothan, Al 36302, the Clerk of the Circuit Court, Judy C. Byrd, P.O. Drawer 6406, Dothan, Al 36302, by placing same in the U.S. mail, first class postage prepaid, and correctly addressed.

Done this 29 day of September, 2003.

Stanley Lee Caudill, #230597