

# IN THE SUPREME COURT OF ALABAMA

October 3, 2003

**1022183**

Ex parte Stanley Lee Caudill. MISCELLANEOUS CRIMINAL PETITION (In re: Stanley Lee Caudill v. State of Alabama) (Houston Circuit Court: CC02-1141; 02-1142; Criminal Appeals : CR-02-0755).

### Motion denied

Petitioner's motion for extension of time to file writ of certiorari is denied per Rules 2(b) and 39(c)(2) of the Alabama Rules of Appellate Procedure. Extensions may only be granted in those cases in which a sentence of death was imposed as punishment.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this __3rd__ day of __October   2003__

*Robert G. Esdale, Sr.*
Clerk, Supreme Court of Alabama

EXHIBIT H

/aq