# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

## CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**     CR-02-0755

Stanley Caudill v. State of Alabama (Appeal from Houston Circuit Court: CC02-1141; 02-1142).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 22nd day of August, 2003, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
8th day of October, 2003

Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT I