# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Lane W. Mann
 Clerk
Sonja McKnight
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

March 11, 2005

CR-04-0176

Stanley Lee Caudill v. State of Alabama  (Appeal from Houston Circuit Court: CC02-1141.60; CC02-1142.60)

## NOTICE

You are hereby notified that on March 11, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

Lane W. Mann, Clerk
Court of Criminal Appeals

cc: Hon. Judy Byrd, Circuit Clerk
    Jon Christopher Capps, Attorney
    J. Thomas Leverette, Asst. Atty. Gen.

Exhibit O