In The District Court Of The United States
For The Middle District of Alabama
Southern Division

RECEIVED
2005 OCT -5 A 08:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stanley Lee Caudill, 230597

　　Petitioner

　　v.                                        Civil Action No. 1:05-CV-785-F

Arnold Holt, et al.,

　　Respondents


　　　　　　Motion For Appointment of Counsel

　　Comes now the Petitioner, Pro Se, and request appointment of counsel on his habeas petition to present his Constitutional claims. Caudill is unskilled in law and is in poor health. He has recently had open heart surgery with a defibrulator implant and is now on alot of medications. Pursuant to Rule 8(c) of the Habeas Rules a judge has the discretion to order the appointment of Counsel under the Criminal Justice Act, 18 USC 3006(A)(g). McFarland v Scott, 512 US 849, 860. This would better assist this Court and Caudill in presenting his Constitutional claims.

　　Done this 3rd day of October, 2005

　　　　　　　　　　　　　　　　Respectfully Submitted
　　　　　　　　　　　　　　　　Stanley Lee Caudill #230597

## Certificate of Service

I certify that a true copy of the foregoing Motion(s) for Appointment of Counsel and State Records has been served on the State Attorney General by placing same in the U.S. Mail, postage prepaid and addressed as following

Office of Attorney General
  State of Alabama
11 South Union St.
Montgomery, Ala. 36130-0152


10-03-05
DATE

Respectfully Requested
Gary Lee Conlon, 230597