In The District Court of The United States
For The Middle District of Alabama
Southern Division

RECEIVED
2005 OCT -5 A 9:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Stanley Lee Caudill, 230597
    Petitioner

v.                                 Civil Action No. 1:05-CV-785-F

Arnold Holt, et al.,
    Respondents

Motion For State's Records and Exhibits AND Extention of Time to Respond to State's Answer

Comes now the Petitioner, Pro Se, and request a copy of all State's Records and Exhibits filed by the State on Caudill's habeas Corpus. The State did not provide Caudill a copy and leaving him at a disadvantage in replying to State's Response. Rule 5 of Habeas Rule indicates that the Petitioner or his Attorney is entitled to all of the State Records. Also See 28 USC 2250, indigent petitioner entitled to Court records.

Caudill also needs a extention of time to received these records and file his response to the State's Answer. Caudill thanks this Court for its time and understanding in this matter.

Done this 3rd day of October, 2005

                                           Respectfully Submitted

                                           Stanley Lee Caudill, 230597

Certificate of Service

I certify that a true copy of the foregoing Motion(s) for Appointment of Counsel and State Records has been served on the State Attorney General by placing same in the U.S. Mail, postage prepaid and addressed as following

Office of Attorney General
   State of Alabama
11 South Union St,
Montgomery, Ab. 36130-0152


10-03-05
DATE

Respectfully Requested
Gary Lee Conlin, 230597