IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY LEE CAUDILL, #230597,    )
    )
    Petitioner,    )
    )
v.    )    CIVIL ACTION NO. 1:05-CV-785-F
    )
ARNOLD HOLT, et al.,    )
    )
    Respondents.    )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on

October 5, 2005, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the petitioner be GRANTED an extension from October 13, 2005

to and including October 31, 2005 to file a response in compliance with the order entered

on September 30, 2005.

Done this 7th day of October, 2005.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE