IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL, ) | |
| AIS #230597, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 1:05-CV-785-F |
| ) | |
| WARDEN ARNOLD HOLT, ) | |
| and the ALABAMA ATTORNEY ) | |
| GENERAL, ) | |
| ) | |
| Respondents. ) | |

## RESPONSE TO ORDER TO PROVIDE
## PETITIONER WITH COPIES OF EXHIBITS

Come now Respondents, by and through the Alabama Attorney General, and in response to this Court's order of October 7, 2005 to provide Petitioner copies of all exhibits submitted in this case, state as follows:

On today's date, Exhibits A-Q, the exhibits in support of Respondents' Answer filed September 27, 2005, are being mailed to the Petitioner at the following address:

    Stanley Lee Caudill
    AIS #230597
    Bullock Correctional Facility
    P. O. Box 5107
    Union Springs, AL 36089

Done this <u>13th</u> day of October, 2005.

          Respectfully submitted,

          Troy King (KIN047)
          *Attorney General*

          */s/ Thomas Leverette*
          J. Thomas Leverette
          *Assistant Attorney General*
          LEV007

## CERTIFICATE OF SERVICE

I hereby certify on this <u>13th</u> day of October, 2005, I served the foregoing exhibits on Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

> Stanley Lee Caudill
> AIS #230597
> Bullock Correctional Facility
> P. O. Box 5107
> Union Springs, AL  36089

_____
J. Thomas Leverette
*Assistant Attorney General*
LEV007

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
224427/83723-001

3