The United States District Court
For The Middle District of Alabama
Southern Division

RECEIVED 2005 OCT 25 A 9:36
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stanley Lee Caudill, #230597
   Petitioner

Civil Action No. 1:05-cv-785-F

Arnold Holt, et, al.,
   Respondents

Leave of Court For
Motion of Discovery

1. Comes now the Petitioner, Pro Se, and request this Court for leave to follow motion of Discovery, Rule 6 of Habeas Corpus. Caudill needs a discovery on his habeas petition to obtain the voir dire transcribed records. The trial court ordered that the organization of the jury be transcribed. See State Exhibits J at 56, hearing at 26. Caudill's appeal attorney also stated at the hearing that the voir dire transcript should be in the Court record. Also at 26 of hearing. Caudill needs the voir dire transcript to prove the facts of his case as stated in his October 24, 2005 Response to State Answer.

   Without the voir dire transcript Caudill would need a deposition of the trial jurors to prove his facts of trial by impartial jury and ineffective assistance of counsel for not striking bias jurors.

2. Caudill also needs a deposition of his trial witness, Melvin Johnson, who was never contacted by trial counsel. Johnson would have testified that the alleged victims work for

10 A

Caudill over a year after the alleged offense and just moved a few houses down the street from Caudill.

Mr. Johnson's address(es)

| | |
|---|---|
| Melvin Johnson | J & J Auction |
| Co. Rd. 19 | Donnell Plaza |
| Level Plains, Al. | Daleville, Al. 36322 |

or

3. Caudill has tried to receive his medical files from Southeast Medical Center in Dothan but never received a response from them. He needs a discovery to obtain the records (medical) of his impotence which would prove that he could not have committed the crime of rape as charged and the fact that the alleged witness (victim) was not telling the truth.

This Court has jurisdiction to grant this motion pursuant to 28 U.S.C. § 1331 or All Writs Act 28 U.S.C. § 1651

Caudill will be needing the assistance of counsel to obtain this information needed to prove the facts. 18 U.S.C. § 3006(A)(g); 28 U.S.C. § 1915(e)(1).

Done this 24 day of October, 2005

Respectfully Submitted,

Stanly Lee Caudill