In The District Court of The United States
For The Middle District of Alabama
Southern Division

Stanley Lee Caudill 230597
   Petitioner

V                        Civil Action No. 1:05-CV-785-F

Arnold Holt, et al.,
   Respondents

Motion For Evidentiary Hearing § 2254 Rule 8

Comes now the Petitioner, Pro Se, and request an Evidentiary hearing on his habeas petition. It appears, "Caudill does not have State record," that some State Records are absence in State Answer. Mandatory hearing is required. Townsend v Sain, 372 U.S. at 293; FHCPP § 20.3(b). How will the judge know that the fact finding procedure employed by the State Court was adequate for reaching reasonably correct results, or afforded a full and fair hearing if he doesn't have before him a transcript of the evidence upon which the State trial judge made his findings: Townsend at 293. Caudill request the following: Voir dire transcript; affidavits from his witnesses that trial counsel contacted them; and medical records on his impotence from Southeast Medical Center in Dothan.

Caudill is in prison and cannot do this on his own.

10-24-05
DATE

Respectfully Submitted
Stanley Lee Caudill

10 B

## Certificate of Service

I hereby certify that a true copy of the foregoing brief and motion(s) for Discovery & Evidentiary Hearing was served on the State Attorney General.

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, Ala. 36130-0152

10-24-05
DATE

Signature
*Stanley Lee [Curlin]*

11 of 11