IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STANLEY LEE CAUDILL, #230597, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-785-F |
| | ) | |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to conduct discovery filed by the petitioner on October 25, 2005 (Court Doc. No. 18), and in light of the exhibits filed by the respondents, it is

ORDERED that this motion be and is hereby DENIED.

Done this 1st day of November, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE