In The District Court of The United States
For The Middle District of Alabama
Southern Division

Stanley Lee Caudill, #230597
    Petitioner

v.    Civil Action No. 1:05-CV-785-F

Arnold Holt, et. al.,
    Respondents

### Motion For Reconsideration of Order Denying Motion for Discovery or Evidentiary Hearing

Comes now the Petitioner, Pro Se, and request the Magistrate Judge to reconsider Caudill's motions. The State's Answer did not have the voir dire transcript in it or Caudill's copy did not. This is need to resolve the disputed facts or an evidentiary hearing will be needed to reconstruct the records. For these reasons, Caudill ask for reconsideration of the denial of his motion(s). Note: by the State Exhibits the trial judge did order the voir dire to be transcribed. This voir dire transcript should be made part of the Court and Caudill's records so the district Court can make a proper determination of the disputed facts.

Done this 4th day of November, 2005

Respectfully Requested

Certificate of Service

I hereby certify that a true copy of the foregoing Motion for Reconsideration was served on the State Attorney General by placing same in the U.S. Mail.

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, Al. 36130-0152

11-04-05
DATE

Stanly Lee Caudir #230597
Signature