IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY LEE CAUDILL, #230597,    )
                                               )
        Petitioner,             )
                                               )
    v.                            )    CIVIL ACTION NO. 1:05-CV-785-F
                                             )
ARNOLD HOLT, et al.,          )
                                             )
        Respondents.       )

**ORDER ON MOTION**

On November 8, 2005, the petitioner filed a motion for reconsideration. *See Court Doc. No. 22*. In this motion, the petitioner seeks reconsideration of the orders entered by this court on November 1, 2005denying his motion for leave to conduct discovery and motion for evidentiary hearing. A review of the documents filed in this case demonstrate that the respondents have filed a complete copy of the trial court record as an exhibit to their answer. Moreover, there is nothing before the court which indicates that an evidentiary hearing is necessary to the disposition of the issued presented by the petitioner. Accordingly, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 9th day of November, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE