In The District Court of The United States
For The Middle District of Alabama
Southern Division

Stanley Lee Caudill, 230597
Petitioner

v.                                           Civil Action No. 1:05-CV-785-F

Arnold Holt, et al.,
Respondents

Written Objection To Magistrate Judge Order Denying Caudill's Motion for Reconsideration

Comes now the Petitioner, Pro Se, and gives a written objection to the Magistrate judge order denying Caudill's motion for reconsideration filed on 11-04-05, where Caudill asked the Magistrate judge to reconsider the denial of his motion(s) for a discovery or evidentiary hearing on his habeas petition.

1. There are records (voir dire transcript) that the trial court stated was transcribed, yet are not part of the State Exhibits, which is needed to resolve the disputed facts to Caudill's Constitutional claims of not having an impartial jury and ineffective assistance of Counsel. U.S.C. Const. Amend. Six.

2. If the state does not produce this record, an evidentiary hearing will be needed to reconstruct the record.

3. There will also be a deposition needed of Caudill's witnesses needed at trial but was never interviewed by attorney.

Caudill is requesting the district judge to reverse the magistrate judge's order and grant his motion for discovery or evidentiary hearing.

Done this 11 day of November 2005,

Respectfully Submitted

Stanly Lee Caudill

## Certificate of Service

I hereby certify that a true copy of the foregoing written objection was served on the State Attorney General

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, AL 36130-0152

11-11-05
DATE

Stanly Lee Causlin
Signature