IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STANLEY LEE CAUDILL, #230597, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 1:05-cv-785-F |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **O R D E R**

This cause is before the Court on the petitioner's Objection to Order on Motion for Reconsideration (Doc. #24) filed on November 15, 2005. Specifically, petitioner objects to the Magistrate Judge's order of November 9, 2005 (Doc. #23) denying the petitioner's motion for discovery and motion for evidentiary hearing. After an independent review of the petitioner's motion, the Magistrate Judge's order, and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #24) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this 17th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

Case 1:05-cv-00785-MEF-WC    Document 25    Filed 11/17/2005    Page 2 of 2