In The United States District Court
For The Middle District of Alabama
Southern Division

*RECEIVED 2005 NOV 29 A 27*

Stanley Lee Caudill 230597
    Petitioner

v.                                     Civil Action No. 1:05-CV-785-F

Arnold Holt, et al.,
    Respondent

Motion For Information of State Record

Comes the Petitioner, Pro Se, and request information of the record the State provided the above-named Court. Caudill is asking if the State provided this Court with the voir dire transcript of his state trial. This transcript is needed to resolve the factual dispute of Caudill's Constitutional claims. Caudill thanks this Court for its time and understanding in this matter.

Done this 25th day of November, 2005

                                                    Stanley Lee Caudill
                                                    Respectfully Submitted

Certificate of Service

I hereby certify that a true copy of the foregoing motion was served on the State Attorney General by placing same in the U.S. Mail, postage prepaid.

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, AL. 36130-0152

11-25-05
DATE

*Stanly Lee Candie*
Signature