In The District Court of The United States
For The Middle District of Alabama
Southern Division

Stanley Lee Caudill, 230597
  Petitioner

v.

Arnold Holt, et al.,
  Respondents

RECEIVED
2005 DEC 13 A 9:56

Civil Action No. 1:05-CV-785-F

Motion For Evidentiary Hearing - Rule 8 Habeas Corpus

Comes now the Petitioner, Pro Se, and states that this Court's Order of Dec. 1, 2005, that the Court does not have a copy of the voir dire transcript, even though the trial court ordered it transcribed. This is one of Caudill's main arguments, (bias jurors). How will the district judge know that the factfinding procedure employed by the State Court was adequate for reaching reasonably correct results or that Caudill was afforded a full and fair hearing on his claim of bias jurors, resulting in reliable findings if he doesn't have before him a transcript of the evidence upon which the state court made his finding? Townsend v Sain, supra 372 U.S. 293. See id. at 319. Accord Conner v Wingo, 409 F.2d 21,22 (6th Cir), cert denied, 406 U.S. 921. In Caudill's state hearing there was not produced to dispute his claims. Being tried by an bias jury is in violation of Caudill's Six Amendment Right to a fair trial.

In light of the evidence presented in the State Court proceeding, the State Court's factual determination is not entitled to presumption of correction unless the voir dire

transcript is produced. <u>Connor</u> 409 F.2d at 22, FHCPP ¶ 20.3(b) n. 12. An evidentiary hearing is required because Caudill's claims was not reached on the merits of the factual dispute in the State Court and it was of no fault of Caudill. <u>Parker v Dugger</u>, supra 498 U.S. at 316.

Caudill is requesting, in light of no voir dire transcript, for an evidentiary hearing to reconstruct the voir dire questioning for bias jurors before trial. FHCPP ¶ 20.3(c), Townsend.

Done this 8th day of December, 2005

Respectfully Submitted
*Stanly Lee Caudill*
230597

## Certificate of Service

I hereby certify that a true copy of the foregoing motion was served on the Attorney General by placing same in the U.S. Mail, postage prepaid.

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, AL. 36130-0152

12-08-05
DATE

Stanley Lee Caudill
Signature