IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY LEE CAUDILL, #230597,     )
                                            )
       Petitioner,                )
                                            )
       v.                       )     CIVIL ACTION NO. 1:05-CV-785-F
                                            )
ARNOLD HOLT, et al.,             )
                                            )
       Respondents.          )

**ORDER ON MOTION**

On December 13, 2005, the petitioner filed a motion for evidentiary hearing in which he seeks "an evidentiary hearing to reconstruct the voir dire questioning for bias jurors before trial." *Court Doc. No. 28* at 2. The respondents maintain that the juror bias claim is procedurally defaulted because the petitioner failed to present this claim to the state courts in accordance with the State's procedural rules. Upon review of the documents filed in this case, the court concludes that an evidentiary hearing is not necessary to the disposition of the claim alleging juror bias. Accordingly, it is

ORDERED that the motion for evidentiary hearing be and is hereby DENIED.

Done this 15th day of December, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE
*For*

Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE