In The District Court of The United States
For The Middle District of Alabama
Southern Division

Stanley Lee Caudill

    Petitioner

v.                               Civil Action No: 1:05-CV-785-F

Arnold Holt, et al.,

    Respondents

Written Objection To Magistrate Judge Order Denying Petitioner's Motion For Evidentiary Hearing

    Comes now the Petitioner, Pro Se, and request a de novo review of Caudill's Motion for evidentiary hearing. On December 13, 2005, Caudill motion this court for an evidentiary hearing after this court did not have the voir dire transcript. See Court Doc. No. 28. Caudill maintains that he has shown Cause and Prejudice to the bias jurors and this issue is not procedurally barred. The other issue of ineffective counsel due to counsel not striking the two bias jurors requires an evidentiary hearing. 28 USC 2254, Rule 8.

    Caudill does need an evidentiary hearing to reconstruct the voir dire record to prove that his counsel was ineffective assistance for not striking the two bias jurors. The State Courts did not have any facts before it on its adjudication of the issue which lead to an inadequate decision. Without an hearing and all the facts before this court it cannot make a proper disposition of the Constitutional claims. See Caudill's habeas Corpus petition.

Caudill request that the district judge review the facts and grant Caudill's objection and his right to an evidentiary hearing so that all the facts will be before the Court on its determination Habeas Rule 8.

Done this 23rd day of December, 2005

Respectfully Submitted

Stanley Lew Caudill #230597
Pro Se

## Certificate of Service

I cerify that a true copy of the foregoing written objection was served on the State Attorney General by placing same in the U.S. Mail.

To District Court
State Attorney General

12-23-05
DATE

Stanley Lew Caudill 230597
Signature