IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL, #230597, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| v. | ) CASE NO. 1:05-cv-785-F |
| | ) |
| ARNOLD HOLT, *et al.,* | ) |
| | ) |
| RESPONDENTS. | ) |

## **ORDER**

This cause is before the Court on the petitioner's Written Objection to Magistrate Judge Order Denying Petitioner's Motion for Evidentiary Hearing (Doc. # 30). After an independent review of the petitioner's motion, the Magistrate Judge's Order, and the petitioner's objection, the Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's Written Objection to Magistrate Judge Order Denying Petitioner's Motion for Evidentiary Hearing (Doc. # 30) is OVERRULED. It is further

ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE