In The United States Court of Appeals
For The Eleventh Circuit

From: United States District Court For The
Middle District of Alabama

Case No. 1:05-CV-785-F

Stanley Lee Caudill
    Appellant

v

Arnold Holt
    Respondent

Notice is hereby given that Caudill, Pro Se, in the above named case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the order denying Caudill his Constitutional right to an Evidentiary Hearing on his habeas Corpus entered in this action on the 13th day of January, 2006.

This Court has jurisdiction to hear appeal pursuant to 28 U.S.C. § 1292

Respectfully Submitted
Stanley Lee Caudill
230597

Certificate of Service

I hereby certify that a true copy of the foregoing Notice of Appeal was served on the State Attorney General.

Office of Attorney General
State of Alabama
11 South Union St.
Montgomery, Ala. 36130-0152

1-13-06
DATE

Stanly Lee Caudin
Signature