IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

-------------------

No. 06-10662-C

-------------------

STANLEY LEE CAUDILL,

          Petitioner-Appellant,

versus

ARNOLD HOLT,
TROY KING,
The Attorney General of the
State of Alabama,

          Respondents-Appellees.

-------------------

Appeal from the United States District Court for the
Middle District of Alabama

-------------------

Before ANDERSON, BIRCH, and WILSON, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, <u>sua sponte</u>, for lack of jurisdiction. This Court lacks jurisdiction to review the district court's January 4, 2006, order overruling Caudill's objection to the magistrate's order and referring the case to the magistrate for further proceedings. <u>Broussard v. Lippman</u>, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

By: _____
    Deputy Clerk    Atlanta, Ga.