IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



NO. 06-10662-C

STANLEY LEE CAUDILL,

Petitioner-Appellant,

versus

ARNOLD HOLT,
TROY KING,
The Attorney General of the
State of Alabama

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON, BIRCH, and WILSON, Circuit Judges.

BY THE COURT:

Appellant's March 6, 2006, motion for reconsideration of our February 28, 2006, order dismissing this appeal for lack of jurisdiction, is DENIED.