# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001



William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Stanley L. Caudill
        v. Arnold Holt, Warden, et al.
        No. 05-10782
        (Your No. 06-10662-C)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                    Sincerely,

                                    **William K. Suter**, Clerk