IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-785-MEF |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0002-MEF |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the pleadings filed in the above-styled cases, and as the petitioner challenges the first degree sexual abuse convictions imposed upon him by the Circuit Court of Houston County, Alabama on December 9, 2002 in each of the § 2254 petitions filed in these cases, it is

ORDERED that Civil Action No. 1:05-CV-785-MEF and Civil Action No. 1:07-CV-0002-MEF be and are hereby consolidated for all further proceedings. It is further

ORDERED that all pleadings, motions, briefs, orders and other documents submitted

in the consolidated cases shall henceforth be filed only in Civil Action No. 1:05-CV-785-MEF.

Done this 10th day of January, 2007.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE