| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_E.W. Johnson_  1/11/6(?) |
| 1. Article Addressed to:<br><br>Louis Boyd<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL 36089<br><br>05cv785 Pet, O+OP (07cv2 Member) | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>    (Transfer from service label) | 7006 2760 0002 8193 0951 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540