# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



Lane W. Mann
  Clerk
Gerri Robinson
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

October 6, 2006

**CR-05-1128**

Stanley Lee Caudill v. State of Alabama  (Appeal from Houston Circuit Court: CC02-1141.61)

## NOTICE

You are hereby notified that on October 6, 2006 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Judy Byrd, Circuit Clerk
   Stanley Lee Caudill, Pro Se
   J. Thomas Leverette, Asst. Atty. Gen.

EXHIBIT V