92831
Leverette

# IN THE SUPREME COURT OF ALABAMA



November 9, 2006

**1050732**

Ex parte Stanley Lee Caudill. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Stanley Lee Caudill v. State of Alabama) (Houston Circuit Court: CC02-1141.61; Criminal Appeals : CR-05-1128).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

SMITH, J. -  Nabers, C.J., and Lyons, Woodall, and Parker, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 9th day of November, 2006

Clerk, Supreme Court of Alabama

EXHIBIT W

/bb