IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-785-MEF |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-0002-MEF |
| ) | |
| LOUIS BOYD, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Upon review of the pleadings filed in this case, and in the interest of justice, it is

ORDERED that the habeas petition filed by the petitioner on December 28, 2006 in Civil Action No. 1:07-CV-0002-MEF be and is hereby construed as an amendment to the petition pending before this court in Civil Action No. 1:05-CV-785-MEF.

Done this 31st day of January, 2007.

                      /s/ Wallace Capel, Jr.
                  WALLACE CAPEL, JR.
                  UNITED STATES MAGISTRATE JUDGE