IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JAN 28 P 1: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STANLEY LEE CAUDILL, AIS #230597, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. ) 1:05-CV-00785-MEF-WC/ ) 1:07-CV-0002-MEF-WC ) |
| ARNOLD HOLT, LOUIS BOYD, et. al., | ) ) ) ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King, Arnold Holt, and Louis Boyd, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King, Arnold Holt, and Louis Boyd, parties named to the above-captioned case as required under 28 U.S. C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Mr. Holt has retired from the Alabama Department of Corrections and Mr. Boyd is not the current Warden at Bullock Correctional Facility. Neither one, however, have a known conflict. Neither the Alabama

Attorney General nor the current Warden at Bullock Correctional Facility, Kenneth Jones, possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

*J. Thomas Leverette* (LEV007)
Assistant Attorney General
Counsel for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>28th</u> day of January, 2008, I mailed by United States Postal Service, first class, postage prepaid, a copy the Conflict Disclosure Statement on Caudill, addressed as follows:

>Stanley Lee Caudill
>AIS #230597
>Bullock County Correctional Facility
>P. O. Box 5107
>Union Springs, Alabama 36089

/s/ J. Thomas Leverette (LEV007)
J. Thomas Leverette (LEV007)
Assistant Attorney General
Counsel for Respondents

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: TLeverette@ago.state.al.us

373281/83723-001