IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

RECEIVED
2008 APR -8 A 10: 03
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| STANLEY LEE CAUDILL, AIS #230597, * | | |
| PETITIONER, * | | |
| v. * | CASE NO. | 1:05-CV-785-MEF [WO] |
| | CASE NO. | 1:07-CV-002-MEF [WO] |
| ARNOLD HOLT, et. al., * | | |
| v. * | | |
| LOUIS BOYD, et. al., * | | |
| RESPONDENTS. * | | |

### OBJECTION TO MAGISTRATE'S RECOMMENDATION

1. Petitioner's Objection

Magistrate's recommendations is clearly based on the advent of procedural law, withstanding the full scope of Habeas Corpus relief:

Petitioner assets that Magistrate's recommendations does not embody the full scope of power rendered in the constitutional embodiment of the writ. The issues that have been set forth in this petition for writ of Habeas Corpus clearly sets out a prima facie cause for evidentiary hearing on a sole issue of complete innocence to the primary charge of the conviction.

Notwithstanding, procedural process, the issues raised of complete innocence warrants an opportunity for petitioner to be afforded an opportunity to present evidence to the court in order to substantiate a prima facie argument. Magistrate's recommendation for summarily dismissal does not afford Petitioner such opportunity and is further a denial of due process.

## CONCLUSION

Accordingly, the Magistrate's recommendation should be set aside to afford Petitioner an evidentiary hearing and due process of law.

Done this the __4__ day of April, 2008

                                        Respectfully Submitted,

                                        */s/ Stanley Lee Caudill #230597*
                                        Stanley Lee Caudill, #230597
                                        Bullock Correctional Facility
                                        P. O. Box 5107
                                        Union Springs, AL 36089

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the for forgoing upon the Clerk of the Court for the Middle District Federal Court of Alabama, P. O. Box 711, Montgomery, Alabama 36101-0711 and the attorneys for Arnold Holt, Louis Boyd and their attorneys, L. Thomas Leverette, Assistant Attorney General, Counsel for Respondents, at the Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, AL 36130-0152, being placed in the U.S. Mail, postage prepaid and correctly addressed.

Done this  4  day of April, 2008.

*[signature]*
Stanley Lee Caudill, Pro-Se

STANLEY L. CAUDILL, #230597
BULLOCK CORR. FAC.
P.O. BOX 5107
UNION SPRINGS, AL 36089

MONTGOMERY AL 351

07 APR 2008 PM 3 T

41 USA

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P O BOX  711
MONTGOMERY  AL  36101-0711