IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| STANLEY LEE CAUDILL, #230597, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 1:05-cv-0785-MEF |
| | ) | |
| ARNOLD HOLT, *et al.,* | ) | |
| | ) | (WO- Do Not Publish) |
| Respondents. | ) | |
| -------------------------------------------------- | | |
| STANLEY LEE CAUDILL, #230597, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 1:07-cv-002-MEF |
| | ) | |
| LOUIS BOYD, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #52) filed on April 8, 2008 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #51) entered on March 28, 2008 is ADOPTED;

(3) The petition for habeas corpus relief is DENIED and these cases are DISMISSED with prejudice.

DONE this 10th day of April, 2008.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE