IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:05-cv-0785-MEF |
| ) | |
| ARNOLD HOLT, *et al.,* ) | (WO- Do Not Publish) |
| ) | |
| Respondents. ) | |
| -------------------------------------------------- | |
| STANLEY LEE CAUDILL, #230597, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:07-cv-002-MEF |
| ) | |
| LOUIS BOYD, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed with prejudice.

The clerk of the court is directed to enter this document on the civil dockets of the above-referenced cases as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close both files.

DONE this 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE